UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:11cv-114-M

**ELECTRONICALLY FILED**

SANDRA PROPS and her husband,
SAM PROPS
15605 State Highway 8
McMinnville, Tennessee 37110                                                                PLAINTIFFS

v.

MAMMOTH ONYX CAVE, INC.
D/B/A KENTUCKY DOWN UNDER
3700 L & N Turnpike Road
Horse Cave, Kentucky 42749                                                                    DEFENDANT

**COMPLAINT AND JURY DEMAND**

Come now the Plaintiffs, Sandra Props and Sam Props, by counsel, and for their cause of action against Mammoth Onyx Cave, Inc. d/b/a Kentucky Down Under, the above-named Defendant, state as follows:

1.   At the time of this trip-and-fall incident, Plaintiffs Sandra Props and Sam Props were, and currently are, citizens and residents of McMinnville, Tennessee.

2.   At the time of this trip-and-fall incident, Defendant Kentucky Down Under was, and currently is, an assumed name of Mammoth Onyx Cave, Inc., a Kentucky corporation with its principal office located at 3700 L & N Turnpike Road, Horse Cave, Kentucky 42749. Its Registered Agent for service of process is Judith Austin, 3700 L & N Turnpike Road, Horse Cave, Kentucky 42749.

3. Venue is proper in this Court because the trip-and-fall incident occurred within this judicial district.

4. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

5. On or about August 1, 2010, Plaintiff Sandra Props was a business invitee on the premises of the Defendant, Kentucky Down Under, located in Horse Cave, Hart County, Kentucky.

6. On said date, Plaintiff Sandra Props stepped in a hole on the premises of Defendant Kentucky Down Under, sustaining serious injuries.

7. At all times mentioned herein, the Defendant had a duty to maintain its premises in a reasonably safe condition for the Defendant's business invitees, including the Plaintiff, Sandra Props.

8. The Defendant violated this duty by permitting and maintaining a dangerous condition on its business premises that created an unreasonable risk of injury to business invitees, including the Plaintiff.

9. The incident described hereinabove was a direct and proximate result of the negligence of the Defendant and/or its agents, servants and/or employees, which negligence is imputed by law to the Defendant.

10. The Defendant failed to properly and adequately train, supervise and oversee its agents, servants and employees in the proper maintenance of the premises and/or in the proper supervision of its invitees so as to prevent the creation of an unreasonable risk of injury to business invitees.

11. The negligence of the Defendant, Kentucky Down Under, was the sole, direct, and proximate cause of the personal injuries to Sandra Props and all damages resulting therefrom.

12. As a direct and proximate result of the incident which was caused by the negligence and carelessness of the Defendant, Kentucky Down Under, the Plaintiff, Sandra Props, states that she has sustained injuries to her body and as a result of said injuries; that she has endured in the past and will endure in the future, physical pain and mental suffering; that she has in the past and will in the future incur medical expenses for the treatment of her injuries; that she is now subjected to a reasonable likelihood to suffer future harm; and that she has suffered a loss of enjoyment of life. As a result of said damages and injuries, the Plaintiff, Sandra Props, states she is entitled to recover a joint and several judgment against the Defendant.

13. The Plaintiff, Sam Props, states that as a direct and proximate result of the injuries sustained by the Plaintiff, Sandra Props, his wife, he has lost and will continue to lose her society, companionship, love, affection and consortium and further by reason thereof, he is entitled to receive a joint and several judgment over and against the Defendant for loss of his wife's consortium.

14. Further, the Defendant, Kentucky Down Under, has owed to the Plaintiffs the amount of damages alleged herein and/or ultimately adjudicated from the date of this incident; therefore, the Plaintiffs are entitled to interest at the maximum amount allowed by law from the date of said incident until entry of judgment and from entry of judgment until paid at the legal rate allowable by law.

WHEREFORE, the Plaintiffs, Sandra Props and Sam Props, pray for a joint and/or several judgment against the Defendant as follows:

    A. For a judgment against the Defendant for compensatory damages in an amount in excess of the jurisdictional amount of this Court;

    B. For their costs herein expended, including attorney's fees;

C.     For interest at the maximum rate allowed by law from the date of the incident until paid in full;

D.     For any and all other relief to which it appears that these Plaintiffs are entitled; and,

E.     TRIAL BY JURY.

This 15th day of July, 2011.

>KERRICK STIVERS COYLE, P.L.C.
>1025 STATE STREET
>P. O. BOX 9547
>BOWLING GREEN, KY 42102-9547
>(270) 782-8160
>(270) 782-5856 – FAX
>
>/s/ *Thomas N. Kerrick*
>_____
>Thomas N. Kerrick
>Lucas A. Davidson
>    *Counsel for Plaintiffs*